UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DE'CARLO E. PINCKNEY,** | : | |
| Petitioner | : | CIVIL NO. 1:17-CV-00484 |
| vs. | : | |
| **MICHAEL R. CLARK ET AL.,** | : | (Judge Rambo) |
| Respondents | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Pinckney's petition for writ of habeas corpus (Doc. 1) is **DISMISSED.**

2. The Clerk of Court shall **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

                                      s/Sylvia H. Rambo
                                      SYLVIA H. RAMBO
                                      United States District Judge

Dated: April 3, 2017